Terry W. Bird – State Bar No. 49038
  twb@birdmarella.com
Dorothy Wolpert – State Bar No. 73213
  dw@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
City of Santa Monica

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELIZABETH RIEL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SANTA MONICA, a municipal corporation; and ROD GOULD, individually and in his official capacity,<br><br>    Defendants. | CASE NO. 2:14-cv-04692-BRO-JEM<br><br>**STIPULATION REGARDING PROTECTIVE ORDER**<br><br>[Proposed Protective Order filed concurrently]<br><br>Assigned to Hon. Beverly Reid O'Connell, Courtroom 14 |

Plaintiff Elizabeth Riel and Defendant City of Santa Monica, by their undersigned counsel, hereby stipulate to request that the Court enter the [Proposed] Protective Order filed concurrently herewith in the captioned action.

The above-entitled action concerns employment decisions by the City of Santa Monica and internal communications concerning those decisions which raise both privacy and deliberative process concerns. The parties agree that documents

3143953.1

and things requested in discovery may reveal sensitive and confidential information that is purposely protected from disclosure to the public and that if disclosed would cause harm to one or more of the parties.

The interest of the party producing such information in restricting disclosure and use of confidential information outweighs the interest of the public in having access to such information.

Therefore, good cause exists for the entry of the concurrently filed [Proposed] Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to protect against the improper disclosure or use of confidential information produced or disclosed in this case.

This Stipulation and the Order it seeks shall remain in effect until after the final termination of this action, until another order modifies, supersedes or terminates it, and it shall be enforceable as any other order of the Court. It may be modified only in writing by the parties and approved by an order of the Court, or by motion or application to the Court.

IT IS SO STIPULATED.

DATED: March __11__, 2015

Dorothy Wolpert
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: ___/s/ Dorothy Wolpert___
Dorothy Wolpert
Attorneys for Defendant City of
Santa Monica

DATED: March __11__, 2015

Steven J. Kaplan
Law Offices of Steven J. Kaplan, P.C.

By: ___/s/ Steven J. Kaplan___
Steven J. Kaplan
Attorneys for Plaintiff Elizabeth Riel

3143953.1

3

STIPULATION REGARDING PROTECTIVE ORDER